IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAMILTON EQUIPMENT, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-300 |
| | : | |
| DANUSER MACHINE COMPANY, INC. | : | |

### O R D E R

**AND NOW,** this 7th day of October, 2019, upon consideration of the Defendant's Motion to Dismiss the Amended Complaint and all responses and replies thereto, it is hereby **ORDERED** that the Motion [Doc. 26] is **GRANTED**.

The Amended Complaint is **DISMISSED** with prejudice.

BY THE COURT:


**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**